IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:00CV267 |
| | ) | (Financial Litigation Unit) |
| SHERRY L. WALKER, | ) | |
|         Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RESIDENTIAL SUPPORT SERVICES, INC., | ) | |
|         Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

The United States obtained a judgment against the Defendant, Sherry L. Walker, ("Walker"), on November 18, 2002, in the amount of $15,466.25 plus interest and costs. Subsequently, the United States sought to garnish Walker's wages. On August 3, 2006, the Court entered a Writ of Continuing Garnishment ("Writ") to Garnishee, Residential Support Services, Inc., ("garnishee"). The United States is entitled to a wage garnishment of up to 25% of Walker's net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673.

The defendant Walker was served with the writ of garnishment on or about August 11, 2006, and no answer has been filed by Walker.

The garnishee was served with the writ of garnishment on or about August 14, 2006. The garnishee filed an Answer on or about September 12, 2006, stating that at the time of the service of the Writ the garnishee had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby

ENTERED in the amount of $12,497.84 computed through November 27, 2006. The garnishee will pay the United States up to 25% of Wheeler's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments, and the garnishee will continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to Walker or until further Order of this court.

Payments should be made payable to the United States Department of Justice and mailed to the United States Attorney's Office, 227 West Trade Street, Suite 1650, Charlotte, North Carolina 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Court Number 3:00CV267.

The plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

Signed: December 7, 2006

David C. Keesler
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on November 29, 2006, the foregoing proposed Order of Continuing Garnishment was served upon the parties listed below by electronic mail and/or mailing a copy thereof, postage prepaid and properly addressed at the last known address as follows:

Sherry L. Walker
1631 Forsythia Circle
Charlotte, NC 28208
[debtor]

Residential Support Services
4425 Randolph Road, Suite 400
Charlotte, NC 28211-2348
Attn: Payroll Department
[garnishee]

GRETCHEN C.F. SHAPPERT, UNITED STATES ATTORNEY
s/ Jennifer A. Youngs
Assistant United States Attorney
NCSB# 23925
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Ph: (704) 344-6222
Fx: (704) 344-6629
Jennifer.Youngs@usdoj.gov