IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>SHERRY L. WALKER,<br>　　　　　Defendant.<br>and<br><br>RESIDENTIAL & SUPPORT SERVICES,<br>　　　　　Garnishee. | CIVIL NO. 3:00CV267<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case against the defendant Sherry L. Walker is DISMISSED.

Signed: September 19, 2008

David C. Keesler
United States Magistrate Judge